IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARI THOMPSON and BILLY THOMPSON,<br><br>Plaintiffs,<br><br>vs.<br><br>ADAM KYLE, P. CLARK, W. IHM, M. NOONAN, C. REIGAN, J. SMITH, DOES II through X, in their individual and official capacities, UNKNOWN DOE 1, Police Chief in his individual and official capacity, and JAMES JANSEN, County Attorney, in his individual and official capacity, DOES XI through XX, Deputy and Assistant County Attorneys in their individual and official capacities, CITY OF OMAHA, a municipal corporation, DOUGLAS COUNTY NEBRASKA, a political subdivision,<br><br>Defendants. | CASE NO. 8:05CV136<br><br><br><br><br><br><br><br>ORDER |

This matter is before the Court on the Plaintiffs' Motion to Dismiss (Filing No. 18) the Douglas County defendants, and on the Plaintiffs' motion to extend time (Filing No. 20) to respond to the Defendants' Motion to Dismiss. There is no opposition to either motion. Accordingly,

IT IS ORDERED:

1) The Plaintiffs' Motion to Dismiss the Douglas County defendants (Filing No. 18) is granted;

2) The Douglas County Defendants' Motion to Dismiss (Filing No. 14) is denied as moot;

3) The following Defendants are dismissed without prejudice: James Jansen, in his individual and official capacity and his successor in office, Does XI through XX, Deputy and Assistant County Attorneys in their individual and official capacities, and Douglas County, Nebraska.

4) The Plaintiffs' motion for an extension of time to respond to the City of Omaha's (and others') Motion to Dismiss (Filing No. 20) is granted; and

5) Plaintiffs shall respond to the Motion to Dismiss at Filing No. 16 on or before Monday, August 15, 2005.

DATED this 10th day of August, 2005.

BY THE COURT

s/Laurie Smith Camp
United States District Judge