# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHARI THOMPSON** and **BILLY THOMPSON** | ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV136 |
| vs. | ) ) | **ORDER** |
| **ADAM KYLE, et al.,** | ) ) ) | |
| Defendants. | ) | |

Upon counsel's representation that there is no objection,

**IT IS ORDERED** that plaintiffs' Motion to File Second Amended Complaint (#32) is granted.  Plaintiffs shall file and serve the amended pleading no later than September 29, 2005.

**DATED September 22, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge