IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARI THOMPSON, and BILLY THOMPSON, | ) ) ) | Consolidated cases: CASE NO. 8:04CV189 CASE NO. 8:05CV136 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| ADAM KYLE, P. CLARK, C. NOONAN, DOES II through X, in their individual and official capacities; and CITY OF OMAHA, a municipal corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiffs' Motion for an Extension of Time to respond to the Defendants' Motion for Partial Summary Judgment (Filing No. 39). Plaintiffs represent that Defendants do not oppose the motion. For good cause shown,

IT IS ORDERED:

1. Plaintiffs' Motion for an Extension of Time (Filing No. 39) is granted; and

2. Plaintiffs shall file their brief and index of evidence in opposition to the Defendants' motion for partial summary judgment, if any, on or before Monday, December 19, 2005.

Dated this 22nd day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge