# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARI THOMPSON and BILLY THOMPSON, <br><br> Plaintiffs, <br><br> vs. <br><br> ADAM KYLE, P. CLARK, M. NOONAN, DOES II through X, in their individual and official capacities, and the CITY OF OMAHA, a municipal corporation, <br><br> Defendants. | CASE NO. 8:05CV136 <br><br><br> ORDER OF DISMISSAL |

This matter is before the Court on the Plaintiffs' Motion to Dismiss (Filing No. 55) and the Defendants' Stipulation to Dismissal (Filing No. 56). The Court finds that motion and stipulation comply with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1) The Plaintiffs' Motion to Dismiss (Filing No. 55) is granted;

2) The Defendants' Stipulation to Dismissal (Filing No. 56) is approved;

3) The Second Amended Complaint (Filing No. 34) and all claims against the Defendants are dismissed without prejudice; and

4) The parties will pay their own costs and attorney fees.

DATED this 26th day of April, 2006.

BY THE COURT

s/Laurie Smith Camp
United States District Judge